

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00424-CV

**CUTTING EDGE SELF-STORAGE ADT, L.C.,
AND ADT STORAGE, L.C.,**

                                                                                **Appellants**

 **v.**

**DCB CONSTRUCTION COMPANY, INC.,**

                                                                                **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 09-001754-CV-272

## MEMORANDUM  OPINION

Appellants have filed a "Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1).  It states that Appellants have entered into a settlement agreement with Appellee and that, pursuant to that agreement, Appellants request dismissal of this appeal with prejudice.  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The appeal is dismissed.

                                                                REX D. DAVIS
                                                                Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed March 24, 2010
[CV06]